**Order filed December 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00761-CV
_____

**KATHERINE MILLIKEN AND CHARLES MULHALL, Appellants**

**V.**

**LUCY TUROFF, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-16699**

---

## O R D E R

Appellants' brief was due December 2, 2019. No brief or motion for extension of time has been filed. If appellants do not file a brief with this court on or before **January 2, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.